IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CARRIE BIRKEL, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-009733 |
| ) | |
| EDWARD MCNICHOLAS, ESQ. and ) | |
| SIDLEY AUSTIN, LLP, a limited liability ) | Honorable Manish S. Shah |
| partnership, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Carrie Birkel, by and through her attorney, Edward X. Clinton, Jr., hereby voluntarily dismisses this action *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)

1. Plaintiff filed this case on October 14, 2016

2. Neither Defendant Sidley Austin, LLP, nor Defendant Edward McNicholas, Esq. has been served with a summons in this matter, nor has any defendant filed an appearance.

3. Defendants have incurred no costs in this proceeding.

WHEREFORE, Plaintiff, Carrie Birkel, hereby notifies this Court that this action has been dismissed without prejudice.

    Respectfully submitted,
    Carrie Birkel


    By:/s/ Edward Clinton, Jr
        One of Her Attorneys

Edward X. Clinton, Jr.
The Clinton Law Firm
111 W Washington Street, Suite 1437

1

Chicago, IL 60602
312.357.1515
*edwardclinton@icloud.com*